**641** THOMPSON vs. CIRCUIT JUDGE (Shiawassee), 54 M., 236.

To proceed to a hearing in a divorce case upon an affidavit of publication.

Denied June 18, 1884, on the ground that the affidavit for publication was defective.

**642** ADAMS vs. CIRCUIT JUDGE (Wayne), No. 13858½, 98 M., 51.

To compel respondent to hold valid an order of publication, and to proceed to hear and determine the cause, where the affidavit of non-residence was made at a late hour Saturday, and the order for publication was obtained early Monday morning.

Granted December 4, 1893, with costs.